DAVID Y. CHOI, ESQ. (SBN 263917)
*dchoi@goldbergsegalla.com*
CHANDRAN B. IYER, ESQ. (*Admitted Pro Hac Vice*)
*ciyer@goldbergsegalla.*com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 1900
Los Angeles, CA 90017
Telephone:  213.415.7200
Facsimile:   213.415.7299

Attorneys for Defendant
TRENDY CONTINUE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDY CONTINUE, INC., a California Corporation<br><br>Plaintiff(s),<br><br>v.<br><br>B & EC Inc. dba PROMESA USA, a California Corporation; and DOES 1 through 10, inclusive<br><br>Defendant(s). | Case No. 2:18-CV-04414-RSWL-KS<br>Hon. Ronald S.W. Lew<br><br>FIRST AMENDED COMPLAINT FOR:<br><br>1) CONVERSION;<br><br>2) FEDERAL COPYRIGHT INFRINGEMENT;<br><br>3) VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTIONS 17200 ET SEQ.;<br><br>4) CONSPIRACY; AND<br><br>5) DECLARATORY RELIEF<br><br>Action filed: May 23, 2018<br>Trial date:    January 21, 2020 |
| B & EC, INC. dba PROMESA USA, a California corporation;<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ERIC KIM, an individual, dba SEVENTEEN PRINTING; PAUL YANG, an individual, dba SEVENTEEN PRINTING; JIN SHIL LEE, an individual, | |

21211278.v1                    FIRST AMENDED COMPLAINT

dba BIBI; and ROES 1 through 10, inclusive;

Third-Party
Defendants.

Plaintiff Trendy Continue ("Plaintiff") by and through its undersigned attorneys prays to this honorable Court for relief and remedy based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act 1976, Title 17 U.S.C. Sections 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. Sections 1331, 1338(a) and (b).

3. This Court has personal jurisdiction over the Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in this state and in this judicial district, and Defendants have caused injury to Plaintiff's intellectual property within this state and in this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C Sections 1391 and 1400 (a) in that this is the judicial district in which a substantial part of the acts and omission giving rise to the claims occurred.

## PARTIES

5. Plaintiff is a corporation organized and existing under the laws of the State of California with an address located at 1015 S. Crocker St. Q17, Los Angeles, California 90021.

6. Upon information and belief, Plaintiff alleges that Defendant B & EC Inc. dba PROMESA USA ("Promesa"), is a corporation organized and existing under the laws of the State of California and does business in the County of Los Angeles. Upon information

2
FIRST AMENDED COMPLAINT

21211278.v1

and belief, Plaintiff alleges that the principal place of business of Plaintiff is located at 810 E. Washington Blvd., Los Angeles, CA 90021.

7. Upon information and belief, Plaintiff alleges that Defendants Does 1 through 7, inclusive, are manufactures and/or vendors of product, which Doe Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of product printed with Plaintiff's copyrighted artwork (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or otherwise, and capacities or defendants sued herein as Does 1 through 7 are presently unknown to Plaintiff at this time, and there for Plaintiff sues said Defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to allege the true names and capacitates of Does 1 through 7, inclusive, when the same have been ascertained. Plaintiff is informed and believes, and based in some manner for the events alleged and the damages caused thereby.

8. Upon information and belief, Plaintiff alleges that Defendants Does 4 through 10, inclusive, are parties not yet identified who have contributed to the infringement of Plaintiff's copyrights or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise of Defendants Does 4 through 10, inclusive, are presently unknown to Plaintiff and, as a result, Plaintiff sues said Defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to allege the true names and capacities of Does 4 through 10, inclusive, when the same has been ascertained.

9. Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, each Defendant acted in concert with each other, was the agent affiliate, officer, director, and manager, principal, alter-ego, and/or employee of the remaining defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated nor subsequently rarified and adopted, or both, each and all of the acts or conducts alleged, with full knowledge of the

facts and circumstances, including without limitation to full knowledge of each and every wrongful conduct and Plaintiff's damage caused therefrom.

## CLAIMS RELATED TO PLAINTIFF'S DESIGNS

10. Plaintiff is in the business of acquiring, holding, licensing and/or owning, rights to unique graphic designs for use on textiles and garments primarily for the fashion industry. Plaintiff owns copyrights relating to approximately 20,000 different prints.

11. In particular, Plaintiff owns the following designs (collectively, the "Subject Works"):

    a. Design 43, which is attached hereto as **Exhibit A**. Plaintiff applied for and received a Certificate of Registration for Design 43 from the United States Copyright Office (Registration No. VAu001-267-381) which is attached hereto as **Exhibit B**.

    b. Design 41, which is attached hereto as **Exhibit C**. Plaintiff applied for and received a Certificate of Registration for Design 41 from the United States Copyright Office (Registration No. VAu 001-259-457) which is attached hereto as **Exhibit D**.

    c. Design 45, which is attached hereto as **Exhibit E**. Plaintiff applied for and received a Certificate of Registration for Design 41 from the United States Copyright Office (Registration No. VAu 001-278-959) which is attached hereto as **Exhibit F**.

    d. Design 46, which is attached hereto as **Exhibit G**. Plaintiff applied for and received a Certificate of Registration for Design 46 from the United States Copyright Office (Registration No. VAu 001-282-494) which is attached hereto as **Exhibit H**.

    e. Design 50, which is attached hereto as **Exhibit I**. Plaintiff applied for and received a Certificate of Registration for Design 50 from the United States Copyright Office (Registration No. VAu 001-292-710-494) which is attached hereto as **Exhibit J**.

    f. Design 38, which is attached hereto as **Exhibit K**. Plaintiff applied for and received a Certificate of Registration for Design 38 from the United States Copyright Office (Registration No. VAu 001-252-529) which is attached hereto as **Exhibit L**.

FIRST AMENDED COMPLAINT

21211278.v1

     g.    Design 40, which is attached hereto as **Exhibit M**. Plaintiff applied for and received a Certificate of Registration for Design 40 from the United States Copyright Office (Registration No. VAu 001-258-020) which is attached hereto as **Exhibit N**.

     h.    Design 57, which is attached hereto as **Exhibit O**. Plaintiff applied for and received a Certificate of Registration for Design 57 from the United States Copyright Office (Registration No. VAu 001-312-811) which is attached hereto as **Exhibit P**.

12. Upon information and belief, Plaintiff alleges that, in or between mid-2016 to the present, without Plaintiff's authorization, Defendants purchased, sold, marketed, advertised, designed manufactured, caused to be manufactured, imported and/or distributed fabrics and/or garments featuring designs that are identical or substantially similar to the Subject Works.

13. Upon information and belief, Plaintiff alleges that Defendants own, control and/or operate certain online retail stores holding out for sale to the public such fabrics and/or garments that featured designs that are identical or substantially similar to the Subject Works. Attached hereto as **Exhibit Q** are some examples of fabrics and/or garments that Defendants sold which unlawfully infringe upon the Subject Works.

14. Defendants do not have any license, authorization, permission, or consent to use the Subject Works and, therefore, Defendants' actions violated Plaintiff's intellectual property rights.

15. Plaintiff is further informed and believes, and based thereon alleges, that Defendants, and each of them, acted and continue to act, with full knowledge of the consequences and damage being caused to Plaintiff by Defendants' actions, and Defendants' actions were (and are) made in a willful, oppressive, malicious and fraudulent manner. Accordingly, Plaintiff is entitled to punitive damages against defendants, and each of them, in a sum according to proof at trial.

///

///

///

## FIRST CLAIM FOR RELIEF

(For Conversion – Against Each Defendant)

16. Plaintiff repeats and re-alleges and incorporates herein by reference as though fully set forth herein, the allegations contained in the preceding paragraphs of this Complaint.

17. Upon information and belief, Plaintiff alleges that each Defendant substantially interfered with the Subject Works by knowingly or intentionally taking possession and using the Subject Works. Plaintiff did not consent to such use of the Subject Works by any Defendants.

18. Upon information and belief, Plaintiff alleges that the conduct of each Defendant was a substantial factor in causing harm to Plaintiff.

## SECOND CLAIM FOR RELIEF

(For Copyright Infringement – Against Each Defendant)

19. Plaintiff repeats and re-alleges and incorporates herein by reference as though fully set forth herein, the allegations contained in the preceding paragraphs of this Complaint.

20. Plaintiff is informed and believes and thereon alleges that each Defendant had access to the Subject Works, including, without limitation, through: (a) access to Plaintiff's library of original designs; (b) access to copies of the Subject Works through third parties; (c) access to the Subject Works directly from Plaintiff; and/or (d) access to Plaintiff's strike-offs, swatches, paper CADs and samples.

21. Plaintiff is informed and believes and thereon alleges that Defendant, and each of them, infringed Plaintiff's copyright by importing, marketing, advertising, creating, marketing and/or developing directly infringing and/or derivative works from the Subject Designs and by importing, producing, distributing and/or selling infringing fabrics and garments through a network of retail stores, catalogues, and online websites.

22. As a direct and proximate result of the Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in amount to be established at trial.

23. As a direct and proximate result of the Defendants' acts of copyright infringement, Plaintiff has suffered general and special damages to its business in an amount to be established at trial.

24. As a direct and proximate result of the Defendants' acts of copyright infringement, each Defendant has obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' attributable to Defendants' infringement of the Subject Designs.

25. Plaintiff is informed and believes and thereon alleges that each Defendant committed acts of infringement alleged herein with actual or constructive knowledge of Plaintiffs rights such as Plaintiff entitles to a finding of willful infringement. Therefore, at least on this basis, Plaintiff is entitled to its attorneys' fees and full costs pursuant to 17 USC §505 and otherwise according to law.

### THIRD CLAIM FOR RELIEF

(For Violation of *Business and Professions* Code Sections 17200 *et seq.* –

Against All Defendants)

26. Plaintiff repeats and re-alleges and incorporates herein by reference as though fully set forth herein, the allegations contained in the preceding paragraphs of this Complaint.

27. *Business and Professions Code* Sections 17200 *et seq.* (the "Unfair Competition Law" or "UCL") prohibits any unlawful, unfair or fraudulent business act or practice, any unfair or deceptive, untrue or misleading advertising, and any violation of *Business and Professions Code* Sections 17500 *et seq.*

28. Each Defendant violated the UCL by engaging in unlawful, unfair and fraudulent business acts or practices, including but not limited to: (a) knowingly and intentionally using the Subject Works without the authorization of Plaintiff, and (b) making and/or disseminating false, misleading and deceptive statements to the public.

///

## FOURTH CLAIM FOR RELIEF

(For Conspiracy Against Each Defendant)

29. Plaintiff repeats and re-alleges and incorporates herein by reference as though fully set forth herein, the allegations contained in the preceding paragraphs of this Complaint.

30. Plaintiff is informed and believes and thereon alleges that each Defendant was part of a conspiracy to unlawfully use the Subject Works without authorization from Plaintiff.

31. Plaintiff is informed and believes and thereon alleges that each Defendant was aware that each Defendant planned to unlawfully use the Subject Works without authorization from Plaintiff.

32. Plaintiff is informed and believes and thereon alleges that each Defendant agreed with each of the other Defendants to unlawfully use the Subject Works without authorization from Plaintiff.

## FIFTH CLAIM FOR RELIEF

(For Declaratory Relief Against Each Defendant)

33. Plaintiff is informed and believes and thereon alleges that an actual controversy has arisen and now exists between Plaintiff and Defendants. As described above, Plaintiff contends that: (1) it is the sole owner of the Subject Works; (2) no Defendant has an ownership right to the Subject Works; (3) Plaintiff did not license any portion of the Subject Works to any Defendant; and (4) no Defendant has a right to use any portion of the Subject Works.

34. A judicial determination of these issues and of the respective duties of Plaintiff and each Defendant is necessary and appropriate at this time under the circumstances because the Subject Works are being unlawfully used by Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgement against each Defendant as follows:

1. Compensatory damages in an amount to be proven at trial;

2. Punitive damages in an amount to be proven at trial;

3. An injunction enjoining each Defendant and enjoining his/her/its agents and servants from the unlawful use of the Subject Works;

4. An award of all profits (and any other monetary advantage) that Defendants gained through their unlawful use of the Subject Works in an amount to be proven at trial;

5. A judgment requiring each Defendant to bear all losses of Plaintiff arising from Defendants unlawful use of the Subject Works in an amount to be proven at trial;

6. An accounting from each Defendant for their respective profits gained from the unlawful use of the Subject Works;

7. Costs of this action as permitted under applicable law;

8. An award of costs, reasonable attorneys' fees, and other damages as permitted by 17 U.S.C. § 505;

9. A declaration of rights and obligations establishing: that (1) Plaintiff is the sole owner of the Subject Works; (2) no Defendant has an ownership right to the Subject Works; (3) Plaintiff did not license any portion of the Subject Works to any Defendant; and (4) no Defendant has a right to use any portion of the Subject Works;

10. Pre-judgment interest as permitted by law; and

11. Any further legal and equitable relief as the Court deems proper.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 38 AND THE SEVENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

Dated: January 16, 2019      GOLDBERG SEGALLA, LLP

David Y. Choi
Chandran B. Iyer
Attorneys for Plaintiff
TRENDY CONTINUE, INC.

Case No. 2:18-CV-04414-RSWL-KS
Hon. Ronald S.W. Lew

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 777 S. Figueroa Street, Suite 1900, Los Angeles, CA 90017.

On January 16, 2019, I served the following document(s) described as FIRST AMENDED COMPLAINT on the interested parties in this action as follows:

### SEE ATTACHED LIST

[ ] BY U.S. MAIL I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in our Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Goldberg Segalla's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the mail ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] BY PERSONAL SERVICE  I caused such envelope to be delivered by hand via messenger service to the address above.

[ ] BY FACSIMILE I served true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

[ ] BY EMAIL I caused a copy of the document(s) to be sent by email from the email address scandy@goldbergsegalla.com to the persons at the email addresses listed in the Service List. The document(s) were transmitted at _____ a.m./p.m. I did not receive within a reasonable time after the transmission any electronic message or any other indication that the transmission was unsuccessful.

[XX] BY CM/ECF for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 16, 2019, at LOS ANGELES, California.

Sarita C. Candy

10
FIRST AMENDED COMPLAINT

21211278.v1

# SERVICE LIST

W. Dan Lee, Esq.
Nicole Z. Davidson, Esq.
Anna Rozman, Esq.
M.E.T.A.L. Law Group, LLP
725 S. Figueroa Street, Suite 3065
Los Angeles, CA 90014
Email: dlee@metallawgroup.com
ndavidson@metallawgroup.com;
arozman@metallawgroup.com
**ATTORNEYS FOR DEFENDANTS AND THIRD-PARTY PLAINTIFF B & EC, INC. dba PROMESA USA**

David Rho, Esq.
2031 E. Gladwick Street
Rancho Dominguez, CA 90220
Email: drho@crgroupllp.com
**CO-COUNSEL FOR PLAINTIFF TRENDY CONTINUE, INC.**